

# U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

March 14, 2006

The Honorable Dennis Howell
200 United States Courthouse
100 Otis Street
Asheville, North Carolina 28801

**FILED**
ASHEVILLE, N. C.

MAR 20 2006

U.S. DISTRICT COURT
W. DIST. OF N. C.

RE: Hughes, Wayne R.
    Register Number: 24457-056
    Docket Number:   1:05CR225

Dear Judge Howell:

The above-referenced individual was admitted to the Mental Health Unit of this facility on February 8, 2006, pursuant to the provisions of Title 18, United States Code, Sections 4241 and 4242.

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Hughes, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the date of his arrival at this institution. If this request is granted, the evaluation period will end on June 7, 2006. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Warden
FCC, Butner (Medical)

AFB/kf

GRANTED/DENIED (Circle One)

Signature: Dennis C. Howell            DATE: March 20 2006
           Magistrate Judge Dennis Howell

cc: Richard L. Edwards, Assistant United States Attorney
    A. James Siemens, Attorney