# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:05cr225

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| WAYNE RAY HUGHES. ) | |

**THIS MATTER** is before the Court *sua sponte* to clarify the record.

According to reports from the United States Attorney and the Defendant's attorney, the Defendant was civilly committed pursuant to 18 U.S.C. §4246 to the custody and care of the United States Attorney General in the Eastern District of North Carolina on November 6, 2007. The Court will instruct the Clerk of Court to place in the record of this action a copy of the Order of civil commitment.

Although the United States Attorney declines to dismiss the indictment in this case, the Court finds that the case may be administratively closed.

**IT IS, THEREFORE, ORDERED** that the Defendant having been civilly committed pursuant to 18 U.S.C. §4246 to the custody and care of the United States Attorney General in the Eastern District of North Carolina on November 6, 2007, this case is hereby administratively closed.

Signed: November 3, 2009

Martin Reidinger
United States District Judge