# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:05cr225

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| WAYNE RAY HUGHES. | ) | |

**THIS MATTER** is before the Court on a letter from the Defendant which has been filed as a motion [Doc. 45].

In the letter, the Defendant asks for a transfer to a different medical facility. The Defendant is in the custody of the United States Attorney General in the Eastern District of North Carolina. This Court therefore may not provide the relief sought.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter [Doc. 45], filed as a motion for transfer, is hereby **DENIED**.

Signed: August 2, 2012

Martin Reidinger
United States District Judge